No. 403. LUNN *v.* F. W. WOOLWORTH Co. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK is of the

opinion certiorari should be granted. *Stephen S. Townsend* and *Carl Hoppe* for petitioner. *W. Bruce Beckley, A. W. Boyken* and *Randell Larson* for respondent. ■